UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES JACKSON, SR.,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cr-274-05
          1:10-cr-69-01

## ORDER GRANTING MOTION TO ADJOURN SENTENCING

This matter is before the Court on the government's Unopposed Motion to Adjourn Sentencing (Dkt. #323). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion to Adjourn Sentencing (Dkt. #323) is **GRANTED**. The sentencing hearing shall be rescheduled to a date to be determined.

Date: August 27, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge